Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Casper Schenk* and *W. B. Sloan* for petitioner. *Messrs. Jesse A. Miller* and *James C. Davis* for respondent.

No. 369. UNIFORM PRINTING & SUPPLY Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Walter H. Eckert* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Sewall Key,* and *Barham R. Gary* for respondent.

No. 376. CHICAGO, ROCK ISLAND & PACIFIC R. Co. *v.* GARRETT. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Thomas S. Buzbee, W. F. Dickinson,* and *George B. Pugh* for petitioner. *Mr. Wm. R. Donham* for respondent.

No. 377. REMINGTON RAND, INC., *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE; and

No. 378. SAME *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick H. Wood* and *Joseph C. White* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Sewall Key,* and *Andrew D. Sharpe* for respondent.

No. 379. POLSKI ET AL. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court